IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TONYA E. FREEMAN                                                                PLAINTIFF

       v.        Civil No. 2:12-cv-02129-JRM

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                  DEFENDANT

## AMENDED JUDGMENT

For reasons stated in the Amended Memorandum Opinion dated June 13, 2013, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 14th day of June 2013.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**