IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TONYA E. FREEMAN                                                    PLAINTIFF

　　　　　v.　　　　　　　Civil No. 2:12-cv-02129-JRM

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                     DEFENDANT

**AMENDED JUDGMENT**

     For reasons stated in the Amended Memorandum Opinion dated June 13, 2013, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

     IT IS SO ORDERED AND ADJUDGED this 14th day of June 2013.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)